# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN THE INTEREST OF: N.A.-S.S., A MINOR | : | No. 486 MAL 2019 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF: N.A.-S.S., A MINOR | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.